# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### SHREVEPORT DIVISION

| | | |
|---|---|---|
| **KENYON J. GARRETT** | * | **CIVIL ACTION NO. 17-0784** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **UNITED STATES OF AMERICA** | * | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant the United States of America's Partial Motion to Dismiss [Doc. No. 7] is **GRANTED IN PART** and **DENIED IN PART**. To the extent that the United States moves for dismissal of Plaintiff's claim for false imprisonment, the motion is **GRANTED**, and this claim is **DISMISSED WITHOUT PREJUDICE**. The motion is otherwise **DENIED.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Dismiss for Perjury [Doc. No. 26] is **DENIED**.

**MONROE, LOUISIANA,** this 9th day of January, 2018.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE